United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: February 7, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 0 2 2006

DISTRICT OF HAWAII

To:  United States Court of Appeals    Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk               ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103   ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 01-00517LEK        Appeal No:    05-16609

Short Title:  Carter vs. University of Hawaii, et al.,

| | | | |
|---|---|---|---|
| Clerk's Files in | 10 | volumes  (✓) original  ( ) certified copy | |
| Bulky docs | | volumes (folders)  docket # | |
| Reporter's Transcripts | | volumes  (✓) original  ( ) certified copy | |
| Exhibits | | volumes  ( ) under seal | |
| | | boxes  ( ) under seal | |

Other:

13

Bulky exhibits in Clerk's files 5 & 6.
-certified copy of docket sheet

Acknowledgment: _____    Date: 2/13/06

cc:  all parties of record