WALTER S. KIRIMITSU  333-0
University General Counsel

RUTH I. TSUJIMURA  1860-0
Deputy General Counsel
RYAN M. AKAMINE 3502-0
Associate General Counsel
CHRISTINE TAMASHIRO 7565-0
Assistant General Counsel
University of Hawai`i
2444 Dole Street, Bachman 110
Honolulu, Hawai`i  96822
Telephone:  (808) 956-2211

Attorneys for Defendant
UNIVERSITY OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| GREGORY CARTER, | ) | CIVIL NO. CV01-00517 HG BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| v. | ) | SUBSTITUTION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| UNIVERSITY OF HAWAI'I, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Comes now the Office of Vice President for Legal Affairs and University

General Counsel, University of Hawai'i, and hereby gives notice that CHRISTINE TAMASHIRO, Assistant General Counsel, hereby appears as counsel for Defendant UNIVERSITY OF HAWAI'I in this action, and substitutes in as counsel for ROBERT A. MASH, and JAN N.S. GOUVEIA, formerly Associate General Counsels in the Office of Vice President for Legal Affairs and University General Counsel, who hereby withdraw as counsel for Defendant University of Hawai'i as they are no longer employed by the University of Hawai'i.

DATED: Honolulu, Hawaii, ____March 10, 2006____.


        /s/ Christine Tamashiro
RUTH I. TSUJIMURA
RYAN M. AKAMINE
CHRISTINE TAMASHIRO
Attorneys for Defendant
UNIVERSITY OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| GREGORY CARTER, | ) | CIVIL NO. CV01-00517 HG BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF HAWAI'I, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date(s) noted below a true and correct copy of the foregoing document was duly served electronically through CM/ECF, by hand-delivery, or by United States first class mail (M), addressed as follows:

*Served by U.S. First Class Mail:*

    GREGORY CARTER                                          March 10, 2006
    3550 Campbell Avenue #A
    Honolulu, HI 96815
    Plaintiff *Pro Se*

DATED: Honolulu, Hawaii, _____March 10, 2006_____.

                                                        /s/ Christine Tamashiro
                                                        RUTH I. TSUJIMURA
                                                        RYAN M. AKAMINE
                                                         CHRISTINE TAMASHIRO
                                                         Attorneys for Defendant
                                                         UNIVERSITY OF HAWAI'I