December 16, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-01-00517-LEK
**Appeal Number:** 05-16609
**Short Title:** Carter v. University of HI

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 20 2006
DISTRICT OF HAWAII

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 10 | | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 7, 2006

To: United States Court of Appeals    Attn: (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                            ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103     ( )   Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:           CV 01-00517LEK         Appeal No:    05-16609

Short Title:       Carter vs. University of Hawaii, et al.,

| | | |
|---|---|---|
| Clerk's Files in | 10 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:

Bulky exhibits in Clerk's files 5 & 6.
-certified copy of docket sheet

Acknowledgment: _____    Date: _____

cc: all parties of record